RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 2 7 2025

DANIEL J. McCOY, CLERK
BY: _____ KW

Dear, Clerk of Court,                                    1.19.2025
                                                         DATED

Hello My Name is Richard Dell Abbott. REG# 17000-089

I would Like too File A Jawsuit of Several BOP officials. I Am Requesting information and a FTA Federal Tort Act So I can continue too Pursue my claim.

On May 16, 2024, while I was Being Housed at USP Pollock, Pollock, LA, in the (SHU), The (Administration) Deliberately Put me in a cell with an inmate who is Known too Assult and try to murder His cellmates. He, without Being Provoked, stabbed me in my Back, Puncturing my Right Lung, Then stabbing me in my Head All over my Body, I was Almost Killed.

Rushed too the Hostpital, Put on ICU After (Raspidas Medical Center) Trauma Team Preformed life saving measures, Doing surgery. I Filed a claim (Standard Form 95) For Tort or injury Back in June 2024. The BOP Regional counsel for Grand Prairie, Ms. Jessica Ivey sent me a (claim Number) Acknowledgment.

I want a Jury Trial. Sum Amount $250,000.00 "I Am Requesting For The Court to Appoint me Counsel to Represent me". Please, File this motion in court.

THANKYOU FOR YOUR Time.

Please Respond At Your earlist Convience,

HAPPY NEW YEAR. THANKYOU.

Sincerly,          THANK You.

_signature_
Richard D. Abbott
USP Big Sandy

CASE NO: _____

District Judge _____