RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB 2 5 2025

DANIEL J. McCOY, CLERK

BY:_____

25-cv-0096 Sec.P

(AMENDED COMPLAINT AND IFP FORM)    2.17.2025
DATED 4U.

HELLO CLERK OF COURT, HELLO MR. MAGISTRATE
AND HELLO JUDGE EDWARDS. AS WE ARE ALL FORTUNATE
AND BLESSED HERETODAY. I WOULD LIKE TOO Amend
SOMETHINGS. (1) I AM AN INMATE IN THE CUSTODY
OF THE BUREAU OF PRISONS, AND I HAVE A RIGHT TO
BE IN A SAFE ENVIOANMENT?
          (2) ON [MAY 16, 2024] I WAS ASSUITED
AND NEARLY KILLED BY THE USE OF AN 7" STEEL
ICE PICK.
          (3) THE BOP OFFICIALS ON [MAY 14, 2024]
DID PUT ME IN THE CELL 206 3 RANGE AT
USP POLLOCK (SHU) WITH AN INMATE WITH MENTAL
HEALTH DEFECTS AND WHO'S ASSUITED AND HAS A
HISTORY OF ASSUITING AND ATTACKING ALL HIS
CELL MATES. SPECIFICALLY IN USP POLLOCK AND USP (MA QUERY)?
          (4) THE BOP OFFICIALS DID BY MERE
NEGLIGENCE PUT ME IN A POSITION TO BE MURDERED.
I UNDERWENT EMERGENCY SURGERY AND WAS HOSTPITALISED,, 5 DAYS.
          (5) AND BY THE BOP "MERE" NEGLIGENCE
"I WAS STABBED All OVER MY [BODY] OVER (7) TIMES
AND PEPPER SPRAYED BY; CORRECTIONAL STAFF "WHILE
[BEING] ASSUITED AND TRYING TO BREATH; WITH A
PUNCTURED RIGHT LUNG AND BLOOD ON MY CHEST;
THIS CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT
AS I SHOULD NOT BE SUBJECT TO BE STABBED
WHILE IN PRISON AND MOST CERTAINTLY, NOT IN
WHAT SUPPOSE TO BE A SECURE AREA LIKE THE (SHU).
          (6) WE WERE ON DIFFERENT STATUS
FOR INMATE CLASSIFICATION.

I WOULD LIKE TOO HAVE A JURY TRIAL IN SEEKING MONETARY DAMAGES PUNITIVE DAMAGES FOR MENTAL AND PHYSICAL EMOTIONAL STRESS. TRAUMA AND PTSD AND ANXIETY WORSENING, IN THE SUM AMOUNT TOTAL OF $250,000.00 IN THE FILING OF THE REQUESTED FEDERAL TORT ACT.

RESPECTFULLY SUBMITTED THIS 17th DAY OF FEBRUARY 2025.
      I DO SWEAR UNDER PENALTY AND PERJURY OF LAW THAT ALL THE ASSERTIONS AND CLAIMS PRESENTED TOO THE COURT ARE FACTUAL AND CAN BE PROVED. THANK YOU FOR YOUR TIME IN ADMINISTRATING THE LAW.

SINCERLY,

USP BIG SANDY
P.O. BOX 2068
INEZ, KY 41224