a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD DELL ABBOTT #17000-089,<br>Plaintiff | CIVIL DOCKET NO. 1:25-CV-00096<br>SEC P |
| VERSUS | JUDGE EDWARDS |
| USA,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Motion for Entry of Default and Telephone Conference (ECF No. 14) and Amended Motion for Entry of Default (ECF No. 18) filed by pro se Plaintiff Richard Dell Abbott ("Abbott") with respect to a Complaint under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346, *et seq*. Abbott seeks an entry of default and telephone conference because the United States has not responded to the lawsuit. *Id.*

The United States Attorney for the Western District of Louisiana was served by certified mail on March 31, 2025. ECF No. 13. Online tracking information indicates that a copy of same was delivered to the Attorney General in Washington, D.C., on May 9, 2025.[1] However, to date, no return receipt from service on the Attorney General has been filed in the record.

---

[1] https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70202450000170577331

"Service by 'registered or certified mail' generally requires not only that service be sent via certified mail, but that the recipient sign the certified-mail return receipt." *See Cassidy As Next Friend Cassidy v. United States*, 22-CV-00652-XR, 2023 WL 4054630, at \*3 (W.D. Tex. June 15, 2023) (citing *Fuqua v. Turner*, 996 F.3d 1140, 1155 (11th Cir. 2021) (affirming invalidity of service upon Attorney General when return receipt was not signed); *Olsen v. Mapes*, 333 F.3d 1199, 1202–03 (10th Cir. 2003) (plaintiff failed to produce signed return receipts)).  Here, there is no signed return receipt.

To ensure that the Attorney General is properly served, the service documents will be reissued by the Clerk of Court.  However, because the Government has had notice of this lawsuit since service on the United States Attorney in March, and a courtesy copy of the Court's Order was provided (ECF Nos. 13, 15) to the Government, an expedited Answer will be required.

Accordingly, IT IS ORDERED that Abbott's Motions (ECF Nos. 14, 18) are DENIED.  The Clerk of Court is instructed to reissue the summons in accordance with this Order, and to serve said summons, along with a copy of the Amended Complaint (ECF No. 6) and this Order on the ATTORNEY GENERAL OF THE UNITED STATES in Washington, D.C., via CERTIFIED MAIL.

IT IS FURTHER ORDERED that the Government file responsive pleadings within **30 days** of service on the Attorney General.  All other requirements and procedures outlined in the prior Memorandum Order (ECF No. 11) remain in effect.

SIGNED on Thursday, September 11, 2025.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE