a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD DELL ABBOTT #17000-089, <br> Plaintiff | CIVIL DOCKET NO. 1:25-CV-00096 <br> SEC P |
| VERSUS | JUDGE EDWARDS |
| USA, <br> Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

### MEMORANDUM ORDER

Before the Court is a second Motion for Entry of Default (ECF No. 28) filed by pro se Plaintiff Richard Dell Abbott ("Abbott") with respect to a Complaint under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346, *et seq*. Abbott seeks an entry of default because the United States has not responded to the lawsuit. *Id*.

The United States Attorney for the Western District of Louisiana was served by certified mail on March 31, 2025. ECF No. 13. Online tracking information indicates that a copy of same was delivered to the Attorney General in Washington, D.C., on May 9, 2025.[1] However, no corresponding return receipt was filed in the record.

Because "[s]ervice by 'registered or certified mail' generally requires not only that service be sent via certified mail, but that the recipient sign the certified-mail

---

[1] https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70202450000170577331

return receipt," see *Cassidy As Next Friend Cassidy v. United States*, 22-CV-00652-XR, 2023 WL 4054630, at *3 (W.D. Tex. June 15, 2023) (citing *Fuqua v. Turner*, 996 F.3d 1140, 1155 (11th Cir. 2021) (affirming invalidity of service upon Attorney General when return receipt was not signed)); *Olsen v. Mapes*, 333 F.3d 1199, 1202–03 (10th Cir. 2003) (plaintiff failed to produce signed return receipts), and to ensure that the Attorney General was properly served, the Clerk of Court was directed to reissue service documents. But because the Government had notice of the lawsuit since service on the United States Attorney in March 2025, and courtesy copies of the Court's Orders were provided to the Government, an expedited Answer was required. ECF No. 19.

The Attorney General was again served on October 3, 2025, and acknowledgement of service was filed into the record. ECF No. 26. The Government was ordered to respond to the lawsuit by November 3, 2025. *Id.*

To date, no response has been filed. Accordingly, IT IS ORDERED that Abbott's Motion for Entry of Default (ECF No. 28) is GRANTED to the extent that the Clerk of Court is instructed to issue a Notice of Entry of Default.

SIGNED on Thursday, December 4, 2025.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE