UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RICHARD DELL ABBOTT #17000-089      CIVIL ACTION NO. 25-96 SEC P

VERSUS                              JUDGE EDWARDS

USA                                 MAG. JUDGE PEREZ-MONTES

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 42), and after a de novo review of the record, having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Motion to Dismiss for lack of jurisdiction filed by defendant the United States of America (R. Doc. 37) is **GRANTED** and the Complaint filed by plaintiff RICHARD DELL ABBOTT #17000-089 (R. Doc. 6) is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Motion for Default Judgment filed by RICHARD DELL ABBOTT #17000-089 is **DENIED AS MOOT.**

THUS ORDERED AND SIGNED in Chambers this 1st day of April, 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT